IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA PETTUS, | No. C 08-00741 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES BUREAU OF PRISONS et al., | |
| Defendants. | |

Plaintiff's motion for "concurrent jurisdiction" (Docket No. 23) is DENIED.

**IT IS SO ORDERED.**

Dated: April 13, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\0741ed\orderreconcurrentjurisdiction.wpd