IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA PETTUS, ) | |
| ) | |
| Plaintiff, ) | No. C 08-00741 CRB (PR) |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES BUREAU OF ) | |
| PRISONS, et al., ) | |
| ) | |
| Defendant(s). ) | |

      Now pending before the Court is Plaintiff's Motion for a Temporary Restraining Order. Plaintiff, a prisoner at Florence United States Penitentiary in Colorado ("Florence"), alleges that on March 25, 2009, prison officials confiscated approximately 5,000 legal documents from his cell. Despite his many efforts at retrieval, Plaintiff alleges that as of May 7, 2009, prison officials had only returned to him one cubic foot of the seized documents. Plaintiff argues that he faces irreparable harm if his legal documents are not returned to him, as he will not be able to meet court deadlines and will not have access to the courts. He further argues that the balance of hardships weighs in his favor, that he is likely to succeed on the merits, and that granting his request will serve the public

1  interest.

2  The Court finds that it has no personal jurisdiction over Plaintiff's motion, as the events at issue took place– and the proper defendant is located– in Colorado. In addition, Plaintiff has failed to show irreparable harm. Though the Court appreciates Plaintiff's concern with meeting its deadlines, Plaintiff has timely filed his Second Amended Complaint and other filings in this matter. Moreover, the Court has already granted and will continue to grant reasonable requests for extensions of time. Plaintiff's motion for a temporary restraining order is DENIED. Nonetheless, the Court requests that Florence prison officials provide Plaintiff with access to his legal documents and other materials as required to timely and fairly participate in his ongoing legal proceedings.

**IT IS SO ORDERED.**

DATED: June 9, 2009

CHARLES R. BREYER
United States District Judge

G:\CRBALL\2008\0741ed\orderreTRO.wpd         2