1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   NAKIA PETTUS,                          )
                                            )
13            Plaintiff,                     )     No. C 08-00741 CRB (PR)
                                            )
14       v.                                  )     **ORDER RE**
                                            )     **DEFENDANT'S MOTION**
15   UNITED STATES BUREAU OF                 )     **TO STAY**
     PRISONS, et al.,                        )
16                                          )
              Defendant(s).                  )
17   _____

18
          Now pending before the Court is Defendant D. Smith's Motion to Stay
19
     Deadline for Filing Dispositive Motions.  The Court hereby GRANTS both
20
     parties an additional sixty (60) days from the ruling on Defendant's Motion to
21
     Dismiss in which to prepare and file any motions for summary judgment.  The
22
     Court further notes that it has received Plaintiff's papers purporting to oppose
23
     Defendant's "motion for summary judgment or dispositive motion" and will
24
     //
25
     //
26
     //
27
     //
28

1  construe such documents as opposing Defendant's Motion to Dismiss.

2  **IT IS SO ORDERED.**

4  DATED: August 31, 2009

CHARLES R. BREYER
United States District Judge

28  G:\CRBALL\2008\0741ed\order re motion to stay.wpd            2