IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAKIA PETTUS, | ) | |
| Plaintiff, | ) | No. C 08-00741 CRB (PR) |
| v. | ) | ORDER DENYING MOTION TO DISMISS |
| UNITED STATES BUREAU OF PRISONS, et al., | ) | |
| Defendant(s). | ) | |

Now pending before the Court is Defendant D. Smith's Motion to Dismiss Plaintiff's claims for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a). In response to this Court's Order of November 18, 2009, Plaintiff has filed a Supplemental Brief in which he asserts that he was "deprived informally [sic] and formal review of grievance forms at all stages by [prison] administrative personnel." Supp. at 3.

The Court finds that Plaintiff has sufficiently alleged that he availed himself of the Bureau of Prisons grievance process. Accordingly, the motion to

//

//

dismiss for failure to exhaust is DENIED..

IT IS SO ORDERED.

DATED: February 16, 2010

_____
CHARLES R. BREYER
United States District Judge