IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA PETTUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES BUREAU OF<br>PRISONS, et al.,<br><br>　　　　Defendant(s). | No. C 08-00741 CRB (PR)<br><br>ORDER DENYING<br>MOTION TO DISMISS |

　　　　Now pending before the Court is Defendant D. Smith's Motion to Dismiss Plaintiff's claims for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a). In response to this Court's Order of November 18, 2009, Plaintiff has filed a Supplemental Brief in which he asserts that he was "deprived informally [sic] and formal review of grievance forms at all stages by [prison] administrative personnel." Supp. at 3.

　　　　The Court finds that Plaintiff has sufficiently alleged that he availed himself of the Bureau of Prisons grievance process. Accordingly, the motion to

//

//

1  dismiss for failure to exhaust is DENIED..

2      IT IS SO ORDERED.

3

4  DATED: February 16, 2010

5                                          CHARLES R. BREYER
                                        United States District Judge

28  G:\CRBALL\2008\0741ed\order denying MTD.wpd          2