1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   NAKIA PETTUS,                                    )
                                                      )
13              Plaintiff,                            )     No. C 08-00741 CRB (PR)
                                                      )
14       v.                                           )     ORDER RE FILING FEES
                                                      )
15   UNITED STATES BUREAU OF PRISONS, et              )
     al.,                                             )
16                                                    )
                Defendant(s).                         )
17   _____

18
          The Court is in receipt of a request from Plaintiff Nakia Pettus (#11015-002) for
19
     his filing fee balance, and a further request that, if his payments exceed the appeal docket
20
     and filing fee amounts, "all remaining funds [be] sent back to Plaintiff's inmate trust fund
21
     account." See dkt. 81.  The Court has reviewed a Case Inquiry Report and determined
22
     that, although there was a slight overpayment on Plaintiff's filing fee, that amount was
23
     applied to the appeal filing fee; Plaintiff still owes the Court an outstanding balance of
24
     //
25
     //
26
     //
27
     //
28

1 | $13.27.

2 | **IT IS SO ORDERED.**

3 |

DATED: April 6, 2012

4 |

CHARLES R. BREYER
United States District Judge

G:\CRBALL\2008\0741ed\order re filing fee.wpd                    2