IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA PETTUS, )<br>　　　　Plaintiff, )<br>　v. )<br>UNITED STATES BUREAU OF PRISONS, et )<br>al., )<br>　　　　Defendant(s). ) | No. C 08-00741 CRB (PR)<br><br>ORDER RE FILING FEES |

　　　　The Court is in receipt of a request from Plaintiff Nakia Pettus (#11015-002) for his filing fee balance, and a further request that, if his payments exceed the appeal docket and filing fee amounts, "all remaining funds [be] sent back to Plaintiff's inmate trust fund account." See dkt. 81. The Court has reviewed a Case Inquiry Report and determined that, although there was a slight overpayment on Plaintiff's filing fee, that amount was applied to the appeal filing fee; Plaintiff still owes the Court an outstanding balance of

//

//

//

//

1 | $13.27.

2 | **IT IS SO ORDERED.**

3 |

4 | DATED: April 6, 2012

_____
CHARLES R. BREYER
United States District Judge

28 | G:\CRBALL\2008\0741ed\order re filing fee.wpd          2